DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GURVEZ R. HUBBARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2357

_____

March 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine Thomas, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.